```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02244
   DANIEL D DARLAK
   LAURIE A DARLAK                              CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-5007    SSN XXX-XX-1631
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/09/07 and confirmed on 04/16/07.

   2.  The case was converted to Chapter 7 after confirmation, 02/18/2008.

   3.  The Debtor paid a total of $   5850.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 9010.17 | 432.61 | 4621.40 |
| FREEDMAN ANSELMO LINGBER | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 240.60 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| PAUL MILLER DDS | UNSECURED | 433.15 | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5091.44 | .00 | .00 |
| FREEDMAN ANSELMO LINGBER | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9010.17 | .00 | 5765.19 | .00 | 14775.36 |
| PRINCIPAL PAID | 4621.40 | .00 | .00 | .00 | 4621.40 |
| INTEREST PAID | 432.61 | .00 | .00 | .00 | 432.61 |
| TOTAL PAID | 5054.01 | .00 | .00 | .00 | 5054.01 |

The Debtor's attorney, LEGAL HELPERS PC           , was allowed $   3000.00
and was paid $    726.00   direct and $    603.59   through the plan.

The Trustee received $     192.40 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/28/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE